IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEYONNA HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO.: |
| ) | 1:09-CV-1374-GET-CCH |
| DELANOR KEMPER & ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF SETTLEMENT

By stipulation and agreement of the parties and counsel, the aforementioned state as follows:

1.

The parties have advised the Court that they have reached a settlement in connection with this case.

2.

The parties are currently finalizing the settlement of this case.

3.

Based on the foregoing, the parties expect the filing of a dismissal with prejudice within sixty (60) days of the date of this Order.

1

## CERTIFICATION OF FONT TYPE AND SIZE

Undersigned counsel for the parties hereby certify that this *Notice of Settlement* has been prepared with Time New Roman 14-Point Font, as approved in LR 5.1B.

Respectfully submitted, this 17th day of February, 2010.

| ALEX SIMANOVSKY & ASSOCIATES, LLC | WEINSTOCK & SCAVO, P.C. |
|---|---|
| /s/   Alexander Simanovsky<br>Alexander Simanovsky<br>Georgia Bar No. 646874<br><br>*Attorney for Plaintiff*<br>2300 Henderson Mill Road, Suite 300<br>Atlanta, Georgia 30345<br>(770) 414-1002 (Office)<br>(770) 414-9891 (Facsimile)<br>Email:  alex@lemonlawinfo.com | /s/   Louis R. Cohan<br>Louis R. Cohan<br>Georgia Bar No. 173357<br>Matthew R. Rosenkoff<br>Georgia Bar No. 842117<br><br>*Attorneys for Delanor Kemper*<br>3405 Piedmont Road, N.E., Suite 300<br>Atlanta, Georgia  30305<br>(404) 231-3999 (Office)<br>(404) 231-1618 (Facsimile)<br>Email:  lcohan@wslaw.net<br>Email:  mrosenkoff@wslaw.net |