FILED IN CLERK'S OFFICE
U.S.D.C.  Atlanta

APR 08 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KEYONNA HILL )<br><br>     Plaintiff,       )<br><br>          vs.          )<br><br><br>DELANOR, KEMPER & ASSOCIATES  )<br><br><br>     Defendant,       ) | No.: 09-CV-01374<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, KEYONNA HILL and Defendant, DELANOR, KEMPER & ASSOCIATES, stipulate, and the Court hereby orders, as follows:

1.     The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, KEYONNA HILL, against Defendant, DELANOR, KEMPER & ASSOCIATES, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: April 6, 2010

Alex Simanovsky & Associates
*In assoc with*
KROHN & MOSS, LTD.

/s/ Alex Simanovsky

Attorney for Plaintiff,
KEYONNA HILL

Dated: April 6, 2010

WEINSTOCK & SCAVO, PC
/s/ Matthew Rosenkoff
Matthew Rosenkoff
Attorney for Defendant,
DELANOR, KEMPER & ASSOCIATES

1

Error! Unknown

1

2

3

4

5   THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

6   Dated:

7                                           The Honorable Judge
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2

Error! Unknown